Daniel Milburn HAINLINE *v.* STATE of Arkansas

CR 00-798                                        25 S.W.3d 413

Supreme Court of Arkansas
Opinion delivered September 7, 2000

*Davis & Zega, P.A.*, by: *Boyce R. Davis*, for appellant.

No response.

PER CURIAM. Appellant, Daniel Milburn Hainline, by and through his attorney, has filed a motion for a rule on the clerk. His attorney, Boyce R. Davis, states in the motion that the record was tendered late due to a mistake on his part.

We find that such an error, admittedly made by an attorney for a criminal defendant, is good cause to grant the motion. *See In Re Belated Appeals in Criminal Cases*, 265 Ark. 964 (1979) (per curiam).

The motion is, therefore, granted. A copy of this opinion will be forwarded to the Committee on Professional Conduct.